# EXHIBIT B

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Nicholas Stephens<br>19093 Forest ave apt 1 Castro Valley CA 94546<br>TELEPHONE NO: 510-586-4420   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): nickstephens120@yahoo.com<br>ATTORNEY FOR (Name): | **ENDORSED<br>FILED<br>ALAMEDA COUNTY**<br>**OCT 16 2023**<br>CLERK OF THE SUPERIOR COURT<br>By _____ Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon St Oakland ca 94612
MAILING ADDRESS: 1225 Fallon St Oakland Ca 94612
CITY AND ZIP CODE: oakland 94612
BRANCH NAME: superior court of califronia

PLAINTIFF: Nicholas Stephen
DEFENDANT: United Parcel Service Inc, Liberty mutual insurance company inc.

[x] DOES 1 TO 1 _____ jon doe

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [x] OTHER (specify): assault,W/GBI/Hate crime
[ ] Property Damage   [ ] Wrongful Death
[x] Personal Injury   [x] Other Damages (specify): person&property

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
   [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: **23CV047357**

1. **Plaintiff** (name or names): Nicholas Stephens
   alleges causes of action against **defendant** (name or names):
   United Parcel Services Inc. & jon doe 1
2. This pleading, including attachments and exhibits, consists of the following number of pages: unlimited
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [x] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE: Stephens VS United Parcel Services Inc. | CASE NUMBER: |
|---|---|

4. [x] Plaintiff *(name):* Nicholas Stephens
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [x] **except** defendant *(name):* United Parcel Services Inc
      (1) [ ] a business organization, form unknown
      (2) [x] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   c. [x] **except** defendant *(name):* Jon doe 1
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [x] other *(specify):*
          person

   b. [ ] **except** defendant *(name):* Liberty Mutual Insurance Co.
      (1) [ ] a business organization, form unknown
      (2) [x] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   d. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [x] Doe defendants *(specify Doe numbers):* 1 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [x] Doe defendants *(specify Doe numbers):* 1 _____ are persons whose capacities are unknown to plaintiff.

7. [x] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*
   United Parcel service Inc., Liberty Mutual Insurance Co., Jon doe 1

8. This court is the proper court because
   a. [x] at least one defendant now resides in its jurisdictional area.
   b. [x] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [x] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [x] other *(specify):*
      LABOR CODE- DIVISION 4. WORKERS' COMPENSATION AND INSURANCE [3200 - 6002] ( Heading of Division 4 amended by Stats. 1979, Ch. 373. ) 3203. This division and Division 5 (commencing with Section 6300) do not apply to employers or employments which, according to law, are so engaged in interstate commerce as not to be subject to the

9. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [x] has complied with applicable claims statutes, **or**
   b. [x] is excused from complying because *(specify):*
      i plaintiff has given endless oppurtunity at settlement with refusal from defendant(s). in addition defendant has used administration jurisdiction and proceedings to contiually violate civil rights, due process and marsys law.

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☒ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☒ Other *(specify):*
      professional misconduct

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify):*
      future earning potential

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
    correct either superior or court of appeals

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☒ in the amount of: $ 10,000,000.00

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    unlimited

Date: 10-16-2023

Nicholas Stephens
(TYPE OR PRINT NAME)

*Nicholas Stephens*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

For your protection and privacy, please press the Clear

PLD-PI-001(4)

| SHORT TITLE: Stephens VS United Parcel Service Inc., Liberty Mutual Insurance Co. | CASE NUMBER: |
|---|---|

_____ **CAUSE OF ACTION—Premises Liability**       Page _____
(number)

ATTACHMENT TO [x] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Nicholas Stephens

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* 03-22-2023    plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

mail sorting facility, premeditated hate crime physical assault W/GBI (jon doe (1)layed and waited) witnessed by facility surveillance system. see attached NLRB charge and Affidavit, Awaiting Oakland police report.

Prem.L-2. [x] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
United Parcel Services Inc. and jon does 1

[x] Does 1 _____ to _____

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*
United Parcel Services Inc.

[ ] Does _____ to _____

Plaintiff, a recreational user, was [ ] an invited guest  [ ] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [x] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
Liberty Mutual Insurance Co.,Monika Haight law &ups acted with professional misconduct, negligence and malice including acts of intimidation and harrasment with assumed not proven authority of ALJ @DIR DIV 4

[ ] Does _____ to _____

b. [x] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[x] described in attachment Prem.L-5.b  [ ] as follows *(names):*
see attachment plea paper, NLRB charge and Affidavit, QME/AME report to cause of injury. awaiting Oakland police report, denials by defendant to informal intergorities and production of ESI (video of assault).

Page 1 of 1

| Form Approved for Optional Use Judicial Council of California PLD-PI-001(4) [Rev. January 1, 2007] | **CAUSE OF ACTION—Premises Liability** | Code of Civil Procedure, § 425.12 www.courts.ca.gov |
|---|---|---|

Case Name: Stephens V. United Parcel Service Inc   Case #: _____
             Liberty Mutual Insurance Cr.

1  Your Name: Nicholas Stephens

2  Your Address: 19983 Forest Ave Apt 1

3  Castro Valley CA 94546

4  Your Phone Number: 510-586-4420

5  Self-Represented

6

7              SUPERIOR COURT OF CALIFORNIA
                 COUNTY OF SANTA CLARA
8                    CIVIL DIVISION

9

10                                          Case No.: _____

11  Stephens, Nicholas                      PLEADING TITLE:

12          Plaintiff,                      Case Law Citations

13             And                          to Premises Liability/

14  United Parcel Service Inc., Liberty Mutual Insurance Co.,   Personal injury.

15          Defendant                       Judge: _____

16

17

18  Refference and citations Provided by Google.com in association with

19  the Law offices of Stimmel, Stimmel & Roeser.

20  In California an Employer is Vicariously Liable for the negligent

21  and wrongful acts of his employees that are committed

22  within the scope of employment, thus, Even if the employer did

23  nothing wrong his self, if the employee was negligent or

24  acting wrongful and party was injured, the Employer is liable.

25  See CA Civil Code Section 2338.

Pleading Title: _____                      Page ___ of ___

Case Name: _____ Case #: _____

"Unless Required by Law to employ that particular agent, a Principal is responsible to the third person for the negligence of his agent in the transaction(s) of the business of the agency, including wrongful acts committed by such agent in as a part of the transaction of such business and for his willfull omission to fulfill the obligation as principal See Carr v. Wm. C. Crowell Co. (1946) 28 Cal. 2d 652, 654

It is settled that an employer is liable for willfull and malicious torts of his employee committed in the scope of the employment) Whether an employee is acting within the scope of his employment is broadly.) John R v Oakland Unified School. Dist. (1989) 48 Cal. 3d 438, 447; "the fact that an employee is not engaged in the ultimate object of his employment at the time of his wrongful act does not preclude attribution of liability to an employer (citation). Personal Business test "Where the employe is Combining with that of his employer, or attending to both at substantially the same time, no nice inquiry will be made as to which business he was actually engaged in at time of injury, unless it clearly appears that neither directly or indirectly could he have been serving his Employer" See - Car at 654. Farmers Ins. Grp. v. Cnty of Santa Clara (1995) 11 Cal. 4th 992, 1004.

"An employer may be liable for an employee's acts where the employer either - Authorized the tortious act or subsequently ratified an originally - Unauthorized tort (citation). The failure to discharge who has committed misconduct may be evidence of ratification." Baptis. V. Robinson (2006) 143 Cal.App.4.151.169 Ca Civil code Section 2339. )

Pleading Title: _____ Page _____ of _____

Case Name: _____ Case #: _____

1. the theory of ratification is generally applied where an employer
2. fails to investigate or respond to charges that an employee
3. committed an intentional tort, such as assault or battery. A principal may be
4. liable when it ratifies an originally unauthorized tort.
5. C.R. v. Tenet Healthcare Corp (2009) 169 Cal. App. 4th 1094, 1110-11.

17. I declare under penalty of perjury under the laws of the State of California that the
18. foregoing is true and correct.
19. Today's Date: 11-16-2023

Nicholas Stephens             Nicholas Stephens
**PRINT YOUR NAME**             **SIGN YOUR NAME**

Pleading Title: _____ Page ____ of ____