Case 3:23-cv-06081-JSC   Document 6-3   Filed 11/29/23   Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS STEPHENS<br><br>            Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.;<br>LIBERTY MUTUAL INSURANCE<br>COMPANY, INC.<br><br>            Defendants. | Case No.: 4:23-cv-06081-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF UNITY BEDDINGFIELD'S COMPLAINT**<br><br>Hearing Date: January 11, 2024<br>Hearing Time: 1:00 p.m.<br>Dept.: 4<br>Judge: Hon. Donna M. Ryu<br>Complaint Filed:   October 16, 2023<br>Trial Date:   Not Yet Set |

This matter came before the Court on Defendant United Parcel Service, Inc.'s ("Defendant") Motion to Dismiss Plaintiff Nicholas Stephens' ("Plaintiff") Complaint.

The Court, having fully considered the papers, evidence, and argument presented by the parties' counsel, HEREBY FINDS AND ORDERS as follows:

Defendant's Motion is GRANTED, and the Court HEREBY DISMISSES Plaintiff's Complaint WITH PREJUDICE and WITHOUT LEAVE TO AMEND, for the following reasons:

/ / /

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
DISMISS PLAINTIFF NICHOLAS STEPHENS' COMPLAINT

1. Plaintiff's only cause of action for negligence fails because Plaintiff has not alleged sufficient facts to state a claim under Fed. Rule Civ. Proc. 12(b)(6).

2. Plaintiff's only cause of action for negligence fails because Plaintiff's claim is barred by the workers' compensation exclusivity doctrine.

3. Plaintiff's only cause of action for negligence fails because Plaintiff's claim is preempted by Section 301 of the Labor Management Relations Act.

**IT IS HEREBY ORDERED AND ADJUDGED**.

Date:_____    By: _____
                                        Hon. Donna M. Ryu