UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS STEPHENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE INC.,<br><br>　　　　Defendant. | Case No. 24-cv-00500-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 23-cv-06081-JSC.

**IT IS SO ORDERED.**

Dated: March 14, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**