UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS STEPHENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　Defendant. | Case No.  24-cv-00546-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Jacqueline S. Corley for consideration of whether the case is related to *Stephens v. United Parcel Service, Inc.*, 3:23-cv-06081-JSC.

　　**IT IS SO ORDERED.**

Dated: March 14, 2024

_____
RITA F. LIN
United States District Judge