```
ROBERT D. PRINE (312432)
robert.prine@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele:  (619) 400-0500
Fax:   (619) 400-0501

Attorney for Defendant
UNITED PARCEL SERVICE, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS STEPHENS<br><br>  Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.;<br><br>  Defendant. | Case No.: 3:23-cv-06081-DMR<br><br>**DEFENDANT UNITED PARCEL SERVICE INC.'S REPLY TO PLAINTIFF'S RESPONSE TO DISMISS SECOND AMENDED COMPLAINT; NOTICE OF WITHDRAWAL**<br><br>Hearing Date:   July 18, 2024<br>Hearing Time:   10:00 a.m.<br>Judge:    Hon. Jacqueline Scott Corley<br>Dept:    8<br>Complaint Filed:   October 16, 2023<br>Trial Date:     Not Yet Set |

Defendant United Parcel Service, Inc., ("UPS") through its undersigned counsel, hereby submits its reply in response to Plaintiff's Response to Dismiss Second Amended Complaint with Attached Corrected Complaint and Exhibits ("Response"). (*See* Dkt. No. 35.)  On May 29, 2024, UPS filed its Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion to Dismiss").  (*See* Dkt. No. 33.)  On June 7, 2024, Plaintiff filed the Response, which did not substantively respond to the Motion to Dismiss.  (*See* Dkt. No. 35.)  Instead Plaintiff filed a "Corrected Amended Complaint" on June 7, 2024.  (*See* Dkt. No. 36.)

1  In light of Plaintiff's June 7, 2024 filings (Dkt. Nos. 35 & 36), UPS believes the
2  Motion to Dismiss is now moot and, on those grounds, UPS withdraws the Motion to
3  Dismiss pursuant to Civil Local Rule 7-7.  If, for any reason, this Court does not accept
4  Plaintiff's "Corrected Amended Complaint", UPS requests this Court maintain the July
5  18, 2024 hearing date.

6  　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

8  Dated:  June 18, 2024　　　　　　　　　DINSMORE & SHOHL LLP

10  　　　　　　　　　　　　　　　　By:  /s/ Robert D. Prine
11  　　　　　　　　　　　　　　　　　　ROBERT D. PRINE
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
12  　　　　　　　　　　　　　　　　　　UNITED PARCEL SERVICE, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on June 18, 2024, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

Nicholas Stephens
19983 Forest Ave., Apt. 1
Castro Valley, CA 94546
T: (510) 586-4420
E: <u>nickstephens120@yahoo.com</u>

I declared under penalty of perjury under the laws of the United States of America that the above is true and correct.

/s/ Robert D. Prine
Robert D. Prine