ROBERT D. PRINE (312432)
robert.prine@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0500
Fax: (619) 400-0501

Attorney for Defendant
UNITED PARCEL SERVICE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS STEPHENS<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br><br>Defendant. | Case No.: 3:23-cv-06081-JSC<br><br>Complaint Filed:   October 16, 2023<br>Trial Date:            Not Yet Set<br><br>**DEFENDANT UNITED PARCEL SERVICE, INC.'S REQUEST TO APPEAR REMOTELY FOR MOTION TO DISMISS HEARING SCHEDULED FOR AUGUST 1, 2024**<br><br>Date:      August 1, 2024<br>Time:     10:00 a.m.<br>Judge:    Hon. Jacqueline Scott Corley<br>Dept.      8 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Lead counsel for Defendant United Parcel Service, Inc., Robert D. Prine, hereby requests leave to appear remotely via Zoom for the August 1, 2024 hearing on Defendant's Motion to Dismiss Plaintiff's Corrected Amended Complaint. Mr. Prine is based in San Diego, California. Accordingly, the basis for this request is simply for

1  sake of efficiency.  Notably, Mr. Prine attended the May 2, 2024 motion to dismiss hearing on Zoom without any issue.  Plaintiff attended that hearing in person.

Defendant's counsel met and conferred with Plaintiff on July 12, 2024 and Plaintiff does not object to Mr. Prine appearing remotely.  Plaintiff intends to attend the hearing in person.

Dated:  July 12, 2024                                    DINSMORE & SHOHL LLP

                                                                    By: */s/ Robert D. Prine*
                                                                           ROBERT D. PRINE
                                                                           Attorney for Defendant,
                                                                           UNITED PARCEL SERVICE, INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 12, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per L.R. 5-1. Any party or counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, and/or overnight delivery as indicated below:

Nicholas Stephens                                          *Plaintiff*
19983 Forest Avenue, Apt. 1
Castro Valley, California  94546
Tele:  (510) 586-4420
Email: nickstephens120@yahoo.com

I declared under penalty of perjury under the laws of the United States of America that the above is true and correct.

                                     */s/ Robert D. Prine*
                                     ROBERT D. PRINE